Filed 11/6/15  Rosenberg v. Reid CA2/3

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION THREE


| | |
|---|---|
| SHERYL ROSENBERG,<br><br>    Plaintiff and Appellant,<br><br>    v.<br><br>BRIGETTE REID,<br><br>    Defendant and Respondent. | B262854<br><br>(Los Angeles County<br>Super. Ct. No. BP140257) |


APPEAL from an order of the Superior Court of Los Angeles County, Clifford L. Klein, Judge.  Affirmed.


Greenberg Traurig and Frank E. Merideth, Jr. for Plaintiff and Appellant.


Loeb & Loeb, Gabrielle A. Vidal, Rachel J. Harris, and Amy L. Koch for Defendant and Respondent.

_____

## DISPOSITION

By stipulation of the parties, and good cause appearing, the order awarding Defendant and Respondent Brigette Reid attorney fees in the amount of $30,222.50 is summarily affirmed.  Reid is entitled to costs on appeal.


**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**



JONES, J.[*]

We concur:



EDMON, P. J.



ALDRICH, J.

---

[*]     Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.